IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. ACKOUREY, JR., d/b/a GRAPHIC STYLES/STYLES INTERNATIONAL LLC, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 13-CV-2319 |
| v. | : : | |
| NOBLEHOUSE CUSTOM TAILORS, ET. AL., | : : | |
| Defendants. | : | |

### ORDER

AND NOW, this 14th Day of November, 2013, upon consideration of Plaintiff's Motion to Vacate Order Dismissing Case (Doc. No. 5), as well as Plaintiff's Certificate of Service (Doc. Nos. 4, 7) and Motion for Order to Show Cause (Doc. No. 8), the Court hereby GRANTS Plaintiff's Motion to Vacate Order Dismissing Case (Doc. No. 5). The Court's Order of Dismissal of October 15, 2013 (Doc. No. 3) is hereby VACATED.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.